# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2020

160767 & (59)(60)

*In re* EMONI DOMINIQUE LIPSCOMB

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160767
COA: 351259
Oakland CC Family Div:
   2019-874296-DL

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 12, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2020



b0415

Clerk